IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CORA PEEL                                                                                          PLAINTIFF

v.                          Civil Case No. 3:07CV00192 HLJ

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration                                                     DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, it is CONSIDERED, ORDERED and ADJUDGED that judgment be entered for the Plaintiff, reversing the decision of the Commissioner and remanding this case for further evaluation consistent with the findings of the court.

SO ADJUDGED this 31st day of March, 2009.

_____
UNITED STATES MAGISTRATE JUDGE